UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ARMSTRONG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:98CV2086 JCH |
| ) | |
| MIKE KEMNA, ) | |
| ) | |
| Respondent. ) | |

## **JUDGMENT**

Pursuant to the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioner's Petition for Habeas Relief is **GRANTED**. Petitioner shall be released from all custody, unless the State of Missouri moves to retry him within one hundred twenty (120) days of the date of this Order.

Dated this 24th day of April, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE